TAP PHARMACEUTICAL PRODUCTS, INC., Takeda Chemical Industries, Ltd., and Wako Pure Chemical Industries, Ltd., Plaintiffs–Appellees,

v.

ATRIX LABORATORIES, INC. (now known as QLT USA, Inc.), Defendant–Appellant,

and

Sanofi–Synthelabo, Inc., Defendant–Appellant.

No. 2006–1258.

United States Court of Appeals, Federal Circuit.

Feb. 12, 2007.

**ORDER**

The parties having so agreed, it is

reach it.

**994**

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).